
34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 8, 2012

*[signature]*
STUART BRANDES

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

*[signature]*
By: ROBERT SMITH

Dated: August 17, 2012

ROBERT SMITH, INDIVIDUALLY

*[signature]*
ROBERT SMITH

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF**, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ___7___, 2012

_____
GREG COLONNA

Dated: August __17__, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

_____
By: ROBERT SMITH

Dated: August __17__, 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 2nd, 2012

_Lorina Lana_
LORINA LANA

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: August 17, 2012 ~~June~~ , 2012

ROBERT SMITH, INDIVIDUALLY

ROBERT SMITH

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 2, 2012

_____
KIM REINA

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: Aug 17 June ____, 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

any conflict of laws provision. Any action to enforce or interpret the terms of this Agreement shall only be brought and maintained in the State of New York.

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF**, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ___, 2012

ROBERT BELVEDERE

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: August 17, 2012

ROBERT SMITH, INDIVIDUALLY

ROBERT SMITH

any conflict of laws provision. Any action to enforce or interpret the terms of this Agreement shall only be brought and maintained in the State of New York.

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF**, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 6, 2012

_____
PATRICIA CONNELLY

Dated: August 6, 2012

August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

_____
By: ROBERT SMITH

Aug 17, 2012

Dated: June ___, 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

Page 12 of 12

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 4, 2012

_____
CRAIG DIXON

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

_____
By: ROBERT SMITH

Dated: August 17, 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF**, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August __6__, 2012

_____
GEORGE CHIUNGOS

Dated: August __17__, 2012

**NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES** and/or any other entities affiliated with or controlled by **NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.**

_____
By: ROBERT SMITH

Dated: August __17__, 2012

**ROBERT SMITH, INDIVIDUALLY**

_____
ROBERT SMITH

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 2, 2012

_____
CARA D'ARCO

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: June ___, 2012 (August 17, 2012)

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GEORGE T. CHIUNGOS and CARA D'ARCO              Case No.: 10-CV-04883
individually and on behalf of other persons similarly        (MKB) (WDW)
situated who were employed by NEW WORLD
ASSOCIATES PROPERTY & CASUALTY, INC.
d/b/a NEW WORLD ASSOCIATES and/or any
other entities affiliated with or controlled by NEW
WORLD ASSOCIATES PROPERTY &
CASUALTY, INC. d/b/a NEW WORLD
ASSOCIATES,
                                        Plaintiffs,

        v.

NEW WORLD ASSOCIATES PROPERTY &
CASUALTY, INC. d/b/a NEW WORLD
ASSOCIATES and/or any other entities affiliated
with or controlled by NEW WORLD ASSOCIATES
PROPERTY & CASUALTY, INC d/b/a NEW
WORLD ASSOCIATES; and ROBERT J. SMITH,
                                        Defendants.
-----------------------------------------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above captioned action, through their undersigned counsel, that in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice against Defendants, with no award of attorneys' fees or costs by the Court to any party (other than those specified in the Settlement Agreements). The Court shall retain jurisdiction over the Settlement Agreements resolving this action.


August ____, 2012

| | |
|---|---|
| Virginia & Ambinder, LLP<br><br>_____<br>By: Kara Miller, Esq.<br>111 Broadway, Suite 1403<br>New York, New York 10006<br>Tel: (212) 943-9080<br>Fax: (212) 943-9082<br>kmiller@vandallp.com | Bee Ready Fishbein Hatter & Donovan, LLP<br><br>_____<br>By: Robert Connolly, Esq.<br>170 Old Country Road<br>Mineola, New York 11501<br>516 746-5599 Ext. 224<br>516 746-1045 Facsimile<br>rconnolly@beereadylaw.com<br>*Attorneys for Defendants* |

*And*

Jeffrey Brown, Esq.
Leeds Morelli & Brown, P.C.
One Old Country Road - Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550

*Attorneys for Plaintiffs*


So Ordered:_____
         Honorable Margo K. Brodie, U.S.D. J.