UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GEORGE T. CHIUNGOS and CARA D'ARCO          Case No.: 10–CV–04883
individually and on behalf of other persons similarly            (MKB) (WDW)
situated who were employed by NEW WORLD
ASSOCIATES PROPERTY & CASUALTY, INC.
d/b/a NEW WORLD ASSOCIATES and/or any
other entities affiliated with or controlled by NEW
WORLD ASSOCIATES PROPERTY &
CASUALTY, INC. d/b/a NEW WORLD
ASSOCIATES,

                                        Plaintiffs,

           v.

NEW WORLD ASSOCIATES PROPERTY &
CASUALTY, INC. d/b/a NEW WORLD
ASSOCIATES and/or any other entities affiliated
with or controlled by NEW WORLD ASSOCIATES
PROPERTY & CASUALTY, INC d/b/a NEW
WORLD ASSOCIATES; and ROBERT J. SMITH,
                                        Defendants.
----------------------------------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above

captioned action, through their undersigned counsel, that in accordance with Rule 41 of the

Federal Rules of Civil Procedure, the action be dismissed with prejudice against Defendants,

with no award of attorneys' fees or costs by the Court to any party (other than those specified in

the Settlement Agreements). The Court shall retain jurisdiction over the Settlement Agreements

resolving this action.

August ____, 2012

Virginia & Ambinder, LLP

By: Kara Miller, Esq.
111 Broadway, Suite 1403
New York, New York 10006
Tel: (212) 943-9080
Fax: (212) 943-9082
kmiller@vandallp.com

Bee Ready Fishbein Hatter & Donovan, LLP

By: Robert Connolly, Esq.
170 Old Country Road
Mineola, New York 11501
516 746-5599 Ext. 224
516 746-1045 Facsimile
rconnolly@beereadylaw.com
*Attorneys for Defendants*

*And*

Jeffrey Brown, Esq.
Leeds Morelli & Brown, P.C.
One Old Country Road - Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550

*Attorneys for Plaintiffs*

s/ MKB

So Ordered: _____
Honorable Margo K. Brodie, U.S.D.J.   8/20/12

34.    If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ___8___, 2012

STUART BRANDES

Dated: August ___17___, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: August ___17___, 2012

ROBERT SMITH, INDIVIDUALLY

ROBERT SMITH

Page 12 of 12

34.    If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF,** the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August __7__, 2012

**GREG COLONNA**

Dated: August __17__, 2012

**NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC.** d/b/a **NEW WORLD ASSOCIATES** and/or any other entities affiliated with or controlled by **NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC.** d/b/a **NEW WORLD ASSOCIATES NEW WORLD INC.**

By: **ROBERT SMITH**

Dated: August __17__, 2012

**ROBERT SMITH, INDIVIDUALLY**

**ROBERT SMITH**

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August  2nd , 2012

LORINA LANA

Dated: August  17 , 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: June  August 17, 2012 , 2012

ROBERT SMITH, INDIVIDUALLY

ROBERT SMITH

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 2, 2012

_____
KIM REINA

Dated: August 17, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

_____
By: ROBERT SMITH

Dated: June 17, 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

Page 12 of 12

any conflict of laws provision. Any action to enforce or interpret the terms of this Agreement shall only be brought and maintained in the State of New York.

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ___, 2012

ROBERT BELVEDERE

Dated: August ___, 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.

By: ROBERT SMITH

Dated: August ___, 2012

ROBERT SMITH, INDIVIDUALLY

ROBERT SMITH

any conflict of laws provision. Any action to enforce or interpret the terms of this Agreement shall only be brought and maintained in the State of New York.

34. If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

**IN WITNESS WHEREOF**, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August 16 , 2012

PATRICIA CONNELLY

Dated: August 6 , 2012

**NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.**

By: ROBERT SMITH

Dated: June , 2012

**ROBERT SMITH, INDIVIDUALLY**

ROBERT SMITH

Page 12 of 12

**IN WITNESS WHEREOF,** the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ___4___, 2012

_____
**CRAIG DIXON**

Dated: August __17__, 2012

**NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.**

_____
**By: ROBERT SMITH**

Dated: August __17__, 2012

**ROBERT SMITH, INDIVIDUALLY**

_____
**ROBERT SMITH**

18002441880                                          10:01:10 a.m.    08–06–2012        2 /2

34.     If any provision of this Agreement is construed to be invalid, illegal or unenforceable, then the remaining provisions shall not be affected and shall be otherwise enforceable to the full extent of the law.

IN WITNESS WHEREOF, the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August __6__ , 2012

_____
GEORGE CHIUNGOS

Dated: August _17_ , 2012

NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC,

_____
By: ROBERT SMITH

Dated: August _17_ , 2012

ROBERT SMITH, INDIVIDUALLY

_____
ROBERT SMITH

Page 12 of 12

**IN WITNESS WHEREOF,** the Parties intending to be legally bound and for the consideration set forth in this Agreement, sign below:

Dated: August ____, 2012

CARA D'ARCO

Dated: August ____, 2012

**NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC. d/b/a NEW WORLD ASSOCIATES and/or any other entities affiliated with or controlled by NEW WORLD ASSOCIATES PROPERTY & CASUALTY, INC d/b/a NEW WORLD ASSOCIATES NEW WORLD INC.**

By: ROBERT SMITH

Dated: June ____, 2012

**ROBERT SMITH, INDIVIDUALLY**

ROBERT SMITH